ARTHUR BONESTEEL, Appellant, v. JACK C. SECHRIST, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.